# IN THE JOHNSON COURT; A COURT OF RECORD
## AT SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

i; a man claim; all herein be true

my word is my bond

United States Courts
Southern District of Texas
FILED

JAN-1 7-2017

David J. Bradley
Clerk of Court

i; craig johnson; a man; aggrieved; wronged; harmed;

*prosecutor*

_____

LAVACA COUNTY, TEXAS
LAVACA COUNTY SHERIFF'S OFFICE
CITY OF HALLETTSVILLE, TEXAS
a man; timothy pawlik; in his individual capacity;
a; man; william d old iii; in his individual capacity;
a man; mark ivy in his individual capacity;
a man; micah harmon; in his individual capacity;
a woman; becky perez; in her individual capacity;
a man; daniel peters jr; in his individual capacity;
a man; jimmy heiman; in his individual capacity;
a man; roderick johnson; in his individual capacity;
a man; eddie ~~vacarro~~; in his individual capacity;
vaccaro

*Wrongdoers*

§ prosecutor case no: 4481-4467-44-74cv
§ (certified by way of USPS: UPU treaty applies)
§
§ <u>Notice to Officers of the Court</u>: Upon
§ penalty for <u>'Trespass upon the Case'</u>:
§ this is a common law suit in a 'Court of Record': 1) the
§ above case number <u>must be the primary case number</u>
§ recorded upon all documents in this case; and all
§ referenced cases hereafter; and pressed upon the record
§ <u>regardless of any numbers used by the Clerk of the</u>
§ <u>Court; or other;</u> for internal department management; or
§ other purposes; 2) the style in which this claim is made
§ may not be altered in any way and; at no time does
§ prosecutor' consent to be restyled as a 'plaintiff'; or
§ other; or to have this 'Claim' be restyled as 'Complaint'
§ ; govern yourself accordingly. May the most high god
§ save you;
§
§ in this court of record; at common law; trial by jury; by
§ right of man; guaranteed; all rights reserved; none
§ waived; i; a man require plain common language in english
no legalease, Chinese, or Spanish.

## Jurisdiction, Venue and Parties/Claim

1.      i; a man; craig johnson; aggrieved; wronged; harmed; claim I did offer you, timothy pawlik, william d old iii, micah harmon, eddie vaccaro, daniel peters jr, becky perez, mark ivy, jimmy heiman, roderick johnson, the city of Hallettsville, Lavaca county sheriff's office; and; all other wrongdoers; notice by way of notice to each of you; at each of your offices; all agents and/or principals associated with you in your individual capacity as a man/woman and in official status as a public servant; the opportunity to settle this manner privately with i; a man; craig johnson. You acquiesce ("was silent") to all my claims.

# IN THE JOHNSON COURT; A COURT OF RECORD
## AT SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

2.    I believe this court has jurisdiction over the actions because man(s) and woman trespassed against i; a man; craig; and administered my property (property) without rights under the color of law. This court has personal jurisdiction over the wrongdoers, each of whom is a county (Lavaca) of the State of Texas, a law enforcement agency (the Lavaca County Sheriff's Office) of a county (Lavaca) of the State of Texas or a citizen of Texas. (PAWLIK, PEREZ, PETERS JR, ~~VACARRO~~ VACCARO, HARMON, HEIMAN, IVY), a law enforcement agency of a city/town of the State of Texas (The city of Hallettsville"aka'"HPD".) or a citizen of Texas (R. JOHNSON) and a citizen of Texas; william d old III.

3.    I believe this court has jurisdiction over the actions because man(s) and woman trespassed against i; a man; craig; and administrated my property (see bottom of page for definition) without rights under the color of law. Not only is it my belief that no man or woman can use the color of law to interfere with my rights. The Supreme Court ruled on bob v jones. This court has original federal question subject matter jurisdiction over this action pursuant to 28 U.S.C § 1331 because prosecutor brings federal causes of action pursuant to 42 U.S.C. §1983. This court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 to address prosecutors state law claims. 28 U.S.C. § 2201, the Texas Tort Claims Act, and the common law of the State of Texas.

4.    i; a man; craig johnson; as aggrieved; believe my lawful basis is that, i; a man; craig; require this use of venue as a court of record to seat a jury in which I move my claim before the court to determine and render the verdict as to what man or woman or who has the lawful right to trespass against me and my property. Not only is it my belief but the venue is proper pursuant to 28 U.S.C. §1391(b) because wrongdoers reside in Southern District of Texas and because a

✶ Property definition: all that you claim that is proper to a man or a ✶ woman that you have exclusive rights to and enjoy; nobody elses or exclusive to others.

# IN THE JOHNSON COURT; A COURT OF RECORD
## AT SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

substantial part of the events or omissions giving rise to prosecutor's claim occurred in Southern District of Texas.

5.    Prosecutor craig johnson; is an aggrieved man; domicile to the land of Texas at the city San Antonio, bexar county, Texas and a is Hebrew Israelite, aggrieved; recently lost grandmother, family man, working man, and he belongs to the creator the most high whom has authority over all.

6.    Lavaca county, Texas (the "county") is a county of the State of Texas which is located in the Southern District of Texas, Victoria Division. Lavaca county may be served with process by serving county judge tramer j. woytek, who is located at the Lavaca county courthouse 109 n. la grange, Hallettsville, Texas, 77964. Prosecutor brings claim against Lavaca county for trespassing and interfering with my god given rights to pursue happiness, be free and travel how i; a man please; not only is it my belief I have the right to do whatever I please as long as I do not cause harm to or trespass against no man/woman but also 42 U.S.C. § 1983 as allowed by law for its customs, policies and practices said stated herein.

7.    The Lavaca county sheriff's office ("the sheriff's office") is a law enforcement agency of the county. The sheriff's office may be served with process by serving Sheriff Micah Harmon, 38 FM 318, Hallettsville, Texas, 77964. Prosecutor brings claims against the sheriff's office for administering property without consent, setting a unreasonable bail for the nature of so called charges, using unnecessary force, cruel behavior, unlawful arrest, unlawful detention, extortion, and trespassing against my god given rights and not only is it my belief the sheriff's office can not interfere with my rights, 42 U.S.C. § 1983 as allowed by law for its customs, policies, and practices said stated herein.

# IN THE JOHNSON COURT; A COURT OF RECORD
## AT SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

8.      The city of Hallettsville, Texas ('the Hallettsville police department aka hpd") is a city of

the State of Texas which is located in the Southern District of Texas, Victoria Division. The city

of Hallettsville may be served with process serving Mayor Warren Grindeland. Prosecutor brings

claims against the city of Hallettsville, Texas law enforcement agency hpd for administering

property without consent aiding Lavaca county sheriff's to detain i; a man; using excessive force

and trespassing against i; a man; god given rights to stand where i; may as long as no harm is

caused to no man/woman. Not only is it my belief the city of Hallettsville, Texas law

enforcement agency can not interfere with my rights. 42 U.S.C. § 1983 as allowed by law for its

customs, policies, and practices backs that up.


9.      Lavaca County Sheriff Micah Harmon ("Harmon") is a man acting as an elected official

and an individual law enforcement officer employed by the Lavaca County Sheriff's Office. He

may be served with process at his place of employment 38 FM 318, Hallettsville, Texas, 77964

or wherever he may be found. Prosecutor brings suit against Harmon in his individual capacity

for his own person acts and omissions committed while acting under the color the statutes,

ordinances, regulations, policies, customs, and usage of the State of Texas and/or the county

and/or the sheriff's office.

10.     William D. Old III ("Old") is a man/elected state officer employed by the state of Texas.

He may be served with process at his place of employment 109. N la grange, Hallettsville, Texas,

77964, 211 w. court st, Seguin, Texas 78155, 400 Spring St, Room 113, Columbus, TX, 78934,

414 St. Joseph St, Gonzales, TX, 78 or wherever he may be found. Prosecutor brings suit against

Old in his individual capacity for his own personal acts trespassing against fellow man god given

# IN THE JOHNSON COURT; A COURT OF RECORD
## AT SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

rights; I believe william has a personal interest in the matter he was hearing and omissions committed while acting under the color of statutes, ordinances, regulations, policies, customs and usage of the state of Texas.

11.    Lavaca County Special Investigator Timothy Pawlik ("Pawlik") is a man/individual law enforcement officer employed by the Lavaca County Sheriff's Office. He may be served with process at his place of employment 38 FM 318, Hallettsville, Texas 77964 or wherever he may be found. Prosecutor brings suit against Pawlik in his individual capacity for his own personal acts, omissions committed while acting under the color statutes, ordinances, regulations, policies, customs and usage of the state of Texas and/or the county and/or the sheriff's office.

12.    Lavaca County Deputy Chief Sheriff Daniel Peters Jr. ("Peters Jr.") is an individual law enforcement officer employed by the Lavaca County Sheriff's Office. He may be served with process at his place of employment 38 FM 318, Hallettsville, Texas 77964 or wherever he may be found. Prosecutor brings suit against Daniels Jr. in his individual capacity for his own personal acts, omissions committed while acting under the color statutes, ordinances, regulations, policies, customs and usage of the state of Texas and/or the county and/or the sheriff's office.

13.    Lavaca County Sheriff Jimmy Heiman ("Heiman") is a man/individual law enforcement officer employed by the Lavaca County Sheriff's Office. He may be served with process at his place of employment 38 FM 318, Hallettsville, Texas 77964 or wherever he may be found. Prosecutor brings suit against heiman in his individual capacity for his own personal acts, omissions committed while acting under the color statutes, ordinances, regulations, policies, customs and usage of the state of Texas and/or the county and/or the sheriff's office.

# IN THE JOHNSON COURT; A COURT OF RECORD
## AT SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

14.    Lavaca County Lieutenant Sheriff Eddie ~~Vacarro~~ Vaccaro ("~~Vacarro~~" Vaccaro) is an man/individual law enforcement officer employed by the Lavaca County Sheriff's Office. He may be served with process at his place of employment 38 FM 318, Hallettsville, Texas 77964 or wherever he may be found. Prosecutor brings suit against ~~vacarro~~ Vaccaro in his individual capacity for his own personal acts, omissions committed while acting under the color statutes, ordinances, regulations, policies, customs and usage of the state of Texas and/or the county and/or the sheriff's office.

15.    Lavaca County Sheriff's Office bond hearing officer mark ivy ("Heiman") is an man/individual law enforcement office employed by state of Texas. He may be served with process at his place of employment 38 FM 318, Hallettsville, Texas 77964 or wherever he may be found. Prosecutor brings suit against ivy in his individual capacity for his own personal acts, omissions committed while acting under the color statutes, ordinances, regulations, policies, customs and usage of the state of Texas and/or the county and/or the sheriff's office

16.    Lavaca County Jail Administrator Becky Perez ("Perez") is an individual correctional officer employed by the Lavaca County Sheriff's Office. She may be served with process at her place of employment 38 FM 318, Hallettsville, Texas 77964 or wherever she may found. Prosecutor brings suit against Perez in her individual capacity for her own personal acts, omissions committed while acting under the color statutes, ordinances, regulations, policies, customs and usage of the state of texas and/or the county and/or the sheriff's office.

17.    The city of Hallettsville, TX police officer Roderick Johnson ("R. Johnson") is an man/individual law enforcement officer employed by the city of Hallettsville police department. He may be served with process at his place of employment 104 E 4th St, Hallettsville, Texas 77964, 306 Glendale St, Hallettsville, Texas 77964 or wherever he may be found. Prosecutor

# IN THE JOHNSON COURT; A COURT OF RECORD
## AT SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

brings suit against r. johnson in his individual capacity for his own personal acts, omissions committed while acting under the color statutes, ordinances, regulations, policies, customs and usage of the state of Texas and/or the county and/or the sheriff's office

# My claim;

18.　　i; a man; craig johnson; aggrieved; wronged; harmed; claim i did offer you, timothy pawlik, william d old iii, micah harmon, eddie vaccaro, daniel peters jr, becky perez, mark ivy, jimmy heiman, roderick johnson, the city of Hallettsville, Lavaca county sheriff's office; and; all other wrongdoers; notice by way of notice to each of you; at each of your offices; all agents and/or principals associated with you in your individual capacity as a man/woman and in official status as a public servant; the opportunity to settle this manner privately with i; a man; craig johnson. You acquiesce ("silence") to all my claims; and; i; a man; aggrevied; reached each wrongdoer man to man/woman out of forgiveness. See Exhibit 1.

19.　　i; a man; craig; claim and believe on December 13, 2016 at about 12 pm at the Lavaca county courthouse a; man; william d. old iii acting in his official capacity as a district judge hearing a title iv-d case executive branch 14-07-22-718cv (attorney general case) failed to prove jurisdiction when i; a man; craig; filed a notices with the district clerk regarding jurisdiction (see exhibit). William did not provide i; a man; craig; due process the right to be heard the freedom to of speech, the freedom to be stand where I chose to stand without causing harm to man or woman. I believe william interfered with my rights to stand where I chose to stand and the freedom of speech, trespassing against another fellow man; sending other man(s) to grab me without my consent and take me away from where I wished to stand in a public courtroom. I believe in his official capacity he has taken some sort of oath of office as a man to the uphold

# IN THE JOHNSON COURT; A COURT OF RECORD
## AT SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

constitution which secures my rights, freedoms, and protects my property. I believe he trespassed against my god given rights as well as my civil rights.

20.     i; a man craig; claim; and believe at approximately 12 pm a man; daniel peters jr; acting in the capacity of a deputy chief sheriff. Placed his hands around my right bicep and helped another individual escort me out of where I wished to stand in the courtroom. Then later placed a set of handcuffs on my left wrist attached 2 pairs handcuffs to my right wrist using excessive force which broke the skin around my right wrist (see exhibit 3) causing it to scar the handcuff prints on my wrist and also bent my arm behind my back alongside with a man; daniel peters jr; acting in the capacity of DEPUTY CHIEF; jimmy heiman attempted to trip me with his legs to put me on the ground. It was approximately 6 to 8 Lavaca county sheriff's office employees around me. I; asked for the reason why I am under arrest no man or woman could tell me the reason why. Peters jr and heiman.  a man; daniel peters jr a dragged me while sitting down in to the elevator from the second floor of the courtroom lobby scuffing up my shoes and clothes (see exhibit 4) to the basement and out of the door leading outside. i; continued to ask what am I under arrest for no one could tell me or read me my rights. Once outside of the courthouse peters jr then punched my fingers repeatedly as i; grasped the grill guard of a sheriff's truck violating causing injury to my fingers.

21.     i; a man; craig; claim; a man; daniel peters jr; acting in the capacity of DEPUTY CHIEF SHERIFF; alongside with a man; roderick johnson; under the color of law acting the capacity of a HALLETSVILLE POLICE OFFICER;  and a man; jimmy heiman; acting in the capacity of DEPUTY SHERIFF. Grabbed my property off of the ground pinching and shoving me into the truck of SHERIFF DEPUTY JIMMY HEIMAN throwing my person on the floor of the truck.

# IN THE JOHNSON COURT; A COURT OF RECORD
## AT SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

22.   i; a man; craig; claim; a man; jimmy heiman; acting in the capacity of a DEPUTY SHERIFF drove off and left the courthouse with me and my property against my will and consent. I asked him for his full name and badge number and why am I under arrest and where we were going he remained silent for a few moments and said I'm just doing my job. As we pull into the Lavaca county jail garage heiman radios fellow employees to bring out the chair. heiman opened the door and employees began to search me and my person without my consent. Jimmy heiman then told me get into the chair or walk. I asked why am I under arrest he told his fellow employees to put i; a man; craig; in the chair, where employees of the Lavaca county sheriff's office put their hands on me without consent and threw me into a physical restraint chair and I was not once violent or having suicidal ideations, the employees used unnecessary force by strapping my waist to the chair, strapping me to the chair around my shoulders and leaving me handcuffed. (see exhibit 3 and exhibit f)

23.   The employees pushed me inside of the jail into a detox room where my person sat for approximately over an hour. I asked several staff to take me out of the handcuffs because they were too tight and to release from the chair because having I was having trouble breathing. The LAVACA COUNTY SHERIFFS AND STAFF ignored my demands and insisted I cooperated with getting processed and following the procedures they had set in place for me and my person to do then they would release me until I cooperated I would remain in the chair. (see exhibit b)

24.   i; a man craig; claim that me and my person were moved into detox 2 room where I was met by a man; timothy pawlik; acting as a special investigator sheriff; a woman; becky perez; acting as a jail administrator; a man; micah harmon; acting as a high sheriff; a man; eddie vaccaro; acting as lieutenant sheriff and others unnamed; UNNAMED; with black gloves on and

IN THE JOHNSON COURT; A COURT OF RECORD
AT SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

a taser asking me to cooperate or i; a man; and my person will remain in the chair until I did what they wanted me to do and that no one knew that I existed or was even at the Lavaca county jail therefore I could be in their custody as long as I did not cooperate with them creating extortion. Approximately 45 minutes later employees came and took the handcuffs off of me and forced me under duress to place all of the straps on the chair on me and secured them leaving me strapped for approximately an hour. Throughout both time periods staff were coming in asking i; a man where were my "children" but could not tell me why I was arrested, denied me grievances, denied me the freedom to leave as a free man; and deprived me of my god given rights. Lavaca county sheriff's also seized my property (exhibit d and e) without consent.

25.    i; a man required that micah harmon acting in the capacity of HIGH SHERIFF to release me and let me go he told me a man; no it doesn't work like that. He did not tell his employees to release me I told him I was in pain and he ignored me. He did not correct his employees for having me in the chair handcuffed for time period I was.

26.    i; a man; craig; claim on December 14, 2016 approximately 8 am becky perez did not provide me with a grievance when I asked and also she threatened to taze me if I do not cooperated with being processed because I do not exist. Becky perez and her forced me to diminish my status as a man into a person continuing from the previous day.

27.    i; craig; a man claim; on December 14, 2016 at approximately 9 am and believe a man; mark ivy acting as a bond hearing officer was in charge of setting the bond for my person. He did not provide any findings of facts or conclusions of law with the charges he brought against me which were disorderly conduct hindering a court proceeding set at $20,000.00, a charge of resisting arrest set at $20,000.00 and failure to identify set at $200.00. i; asked him where was

# IN THE JOHNSON COURT; A COURT OF RECORD
## AT SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

my accuser he said my accuser filed an affidavit he did not let me cross examine my accuser and i wrote him 2 habeas corpus and he acquiesced. He claims to have seen me commit a crime and caused a man or a woman harm. See (exhibit 5) UNDER THREAT, DURESS, AND COERCION i; a man lowered my status as a man to a person so that I could be released from the custody of LAVACA COUNTY SHERIFF OFFICE. i; a man; under duress was forced to comply with the magistrate warning; with complying a man; mark ivy; acting as a magistrate set my bail at $40,200.00 making it nearly impossible for me to come up with 10 percent of bail; a man; i; a man; craig johnson and my person was seized in the possession of LAVACA COUNTY SHERIFF OFFICE for 3 days and 8 hours without probable cause, without a warrant and causing me to miss 3 days of work and a possible termination for a no call no show and accusing me as man; of the charges listed above. (see exhibit 5) 4-5A

# Cause of Action

A. <u>Trespassed against prosecutor's god given rights and property and civil rights under 42 u.s.c §</u>

<u>1983</u>

28.	Prosecutor brings causes of action against all of the wrongdoers for administering my property without consent, not allowing me to say what I wish to say, not allowing me the right to travel and interfering with my god given rights not only do I believe under the color of law my rights can't be interfered with and property administered without consent pursuant to 42 U.S.C. §

# IN THE JOHNSON COURT; A COURT OF RECORD
## AT SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

1983. Prosecutor's god given rights and constitutional rights were violated in connection with his arrest. The sheriffs and correctional officers, state officers and policeman, as man and woman are liable for their acts and omissions and were acting under color of law in their individual capacity as law enforcement officers of Lavaca County, Lavaca County Sheriff's office and the City of Hallettsville are liable because their customs, policies and practices caused and contributed to the violations at issue. The Factual allegations are under the 'Claims' are incorporated by reference as if full restated.

### Unreasonable Search – Warrantless search of property

29.    Lavaca county sheriff's office conducted an unreasonable search of prosecutor's person (property) trespassing my god given rights to not have my property searched without consent see exhibit d) and trespassed against my property (exhibit a and d) not only do I believe the sheriff's office can't do search my property without consent in the fourth and fourteenth amendments to the united states constitution backs that up said above, the sheriffs did not have a search warrant or probable cause. On the secured prosecutors person (property) and detained his property. Trespass against my property without consent.

Person = the body. The body is i; a man property in example. (see exhibit c)

### County wrongdoers' customs, policies, and practices

30.    Lavaca county and its law enforcement agency Lavaca county sheriff's office and the city of Hallettsville, Texas law enforcement agency Hallettsville police department (wrongdoers)

# IN THE JOHNSON COURT; A COURT OF RECORD
## AT SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

promote, condone, tolerate, or permit the use of excessive force and other violations of god given

rights and civil rights in connection with arrest and detention through there customs, policies,

procedures, and practices.

### Unreasonable seizure and substantive due process

### Fabrication of criminal charges and excessive and unreasonable bail

31.     By arresting i; a man; craig and bringing false criminal charges against prosecutor, the

sheriff's and fellow employees (wrongdoers) conducted an unreasonable seizure and violated

prosecutors god given unalienable rights to travel, pursue happiness and civil rights under the

fourth and fourteenth amendments in the united states constitution. Wrongdoers intentionally and

knowingly seized prosecutor and brought false criminal charges against prosecutor for disorderly

conduct hindering a court proceeding, resisting arrest and failure to identify. These charges were

not supported by probable cause. As of January 10, 2017 i; a man; craig johnson have no

pending charges with the Lavaca county courthouse or county attorney. The prosecutor asked for

the finding of facts and conclusions of law and to cross examine his accuser and the man mark

*see exhibit 2*

ivy deprived him from freedom setting a bail at $40,200.00 for the charges said herein and

accused i; a man; craig; of committing the charges stated herein. Violating prosecutors god given

freedom and ability to travel and civil rights eighth amendment.

### Unreasonable seizure and substantive due process

### Excessive force

32.     Wrongdoers used excessive force and conducted an unreasonable seizure of prosecutor in

violation of the first the god given right to travel, to be happy, to be free, to come home and father my

## IN THE JOHNSON COURT; A COURT OF RECORD
## AT SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

children, to make a living. i; believe the fifth and fourteenth amendments to the united states constitution backs up my god given rights. Specifically as said above, excessive and unnecessary force was used to detain the prosecutor as well as excessive bail as claimed above; depriving a living family/working man; of freedom and the pursuit of happiness.. The conduct of the sheriffs was really unreasonable in light of the totality of the facts and circumstances confronting them at the time. Prosecutor posed no immediate threat and was not actively resisting arrest or attempting to flee. As said above the prosecutors asked sheriffs to remove injuries as well as other damages as said below.

### Malicious prosecution

33.     As said above, Lavaca county sheriff's office intentionally brought charges against prosecutor they knew were false and not supported by probable cause. Lavaca county sheriff's office and all employees involved have no basis for believing there was probable cause to pursue the charges at issue. Lavaca county sheriff's office rather pursue those charges out of malice. Prosecutor was damaged as a result in Lavaca county sheriff's office malicious prosecution said below

    C. Immunity does not apply

34.  i believe    No immunity or privilege shields any the wrongdoers. The county wrongdoers do not possess eleventh amendment immunity with regard to prosecutors claims under 42 u.s.c § 1983 as city/town/county of the state of Texas. Even so given the facts, most of which are recorded on video/audio and therefore not subject to reasonable dispute, there is no basis for any of the sheriff's to assert the defenses of qualified immunity to any of i; a man; craig; claims The Lavaca county sheriff's office violated i; a man; craig god given rights and the constitutional rights which protect those god given rights by attacking me by seizing my person, fabricating charges against me, using excessive force and bail, and conducting a warrantless search of my

# IN THE JOHNSON COURT; A COURT OF RECORD
## AT SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

person(property) and other (property) when no warrant existed. A man; william; acting as a district judge did not allow i; a man; craig; access into a public courtroom, to speak freely in a public courtroom, and not only my belief but separation of powers exist. I believe william; has an interest in the case he was hearing to not allow me to assert my rights before the court as a man in public. The case is attorney general child support case 42 u.s.c 654 which is not apart of the court systems. I believe he has an interest in the treasury which he gets his pension.

   B. State law causes of action

35. Prosecutor also brings common law tort claims against wrongdoers. Only to the extent required by law. Prosecutor brings these claims pursuant to the Texas tort claims act without waiver of any rights he may possess to pursue these claims without regard to those provisions. Specifically i; a man bring claims against wrongdoers for assault and malicious prosecution. The factual allegations in the above section <u>Claims</u> incorporated by reference if fully restated herein.

### Monetary Damages

36. i; a man; craig; sustained general and special damages as a result of wrongdoer's violation of god given rights and civil rights herein. i; a man; craig is entitled to both compensatory damages from all wrongdoers and punitive damages from the Lavaca county sheriff's office and city of Hallettsville.

### Physical injuries and related damages

37. Wrongdoers use of excessive force caused bodily injury to prosecutors. Prosecutor suffered pain, mental anguish, and physical injury as result of the incident at issue which have impaired my ablilty to work as well as I once did and enjoyment of normal things in life prior to the incident. As a result of the wrongdoers conduct prosecutor will suffer lifelong pain and

# IN THE JOHNSON COURT; A COURT OF RECORD
## AT SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

impairment. As a result of the wrongdoers conduct the prosecutor has suffered from pain and mental anguish in the past and is likely to continue to suffer from such pain and mental anguish in the future. The incident resulted in well as a loss of earning capacity and future income.

## Mental and emotional damages

38.     i; a man; craig; sustained past and future mental and emotional damages listed above. prosecutor has sought and continues to receive physiological counseling since his release from jail following forcible arrest and unlawful detention. More than likely I; will continue to receive such counseling into the future intended inflicted punishment and exceeding amount needed damages

the sheriffs are liable to i; a man; craig for punitive and exemplary damages. The conduct they presented as said above was certainly intentional and deliberate. At a minimum their actions demonstrated abuse of authority under the color of law and violations of my god given rights and constitutional rights supports my god given rights.

## public humiliation

39.     Wrongdoers conduct resulted in public humiliation of i; a man; craig. Specifically my arrest for the fabricated offences was published on Facebook, on the internet, in local newspaper. Which damaged my personal and business reputation in the community.

## Other consequential damages

40.     Wrongdoers conduct resulted in prosecutor's unlawful arrest for a period of 3 days and 8 hours. During that time, flyers and facebook post of my offspring (property) were being passed around saying my property was missing. i; a man; craig missed 3 days of work, facing a possible

IN THE JOHNSON COURT; A COURT OF RECORD
AT SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

termination and missed my unborn offspring first doctor's appointment. i; missed my high school state finals play-off game. i; had to post bond of $4,000.00 to get out of jail on charges of resisting arrest, disorderly conduct, and failure to identify.

Declaratory Relief

41.    i; a man; craig believe my god given right to speak, my god given right to make sure my rights and property are protected, my god given right visit a public venue were violated. Pursuant to 28 u.s.c. § 2201 i; seek declaratory relief that my constitutional rights were violated as well. i; seek declaratory judgment to the fact that i; a man; was not given the opportunity to speak to ensure my rights were protected from a man acting as a district judge which violates the first amendment. a man acting as a district judge had other man(s) unlawfully grab me and escort me out of a pubic venue, charges i; do not understand are were pressed against my body without probable cause by Lavaca county sheriff's office violating the fourth amendment. a man acting in official capacity as magistrate set bond unreasonably high for charges that were pressed against my body violating the eighth amendment trespassing against my god given rights.

Injunctive relief

42.    i; a man; craig believes and seeks injunctive relief against the county wrongdoers. i; demand an injunction that order county wrongdoers to conduct a investigative and disciplinary proceedings against the sheriff's for their respective roles in violating my god given rights and my constitutional rights as said here. 2. Conduct a review, proposed amendments to those policies and procedures be present to this court for approval and that the court order such amendments to Lavaca county's policies and procedures regarding to arrest, physical restraint chair placement and as it deems necessary to safeguard the god given rights and constitutional

## IN THE JOHNSON COURT; A COURT OF RECORD
## AT SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

rights of citizens and others who may find themselves in Lavaca county, Texas. 3. An order allowing any man or woman whom enters courtroom and wishes to participate that if and when they try to make sure the hearing man acting as judge give them due process the right to be heard and require them to assert their god given rights and civil rights. Remind man; acting as judge or magistrate oaths they took. 4) an order to be fair based upon charges when posting bail.

Trial by jury demanded

i; a man requires/demands a trial by jury

# Relief Sought

1. i; a man; craig past and future psychological expenses

2. i; a man; craig past and future emotional distress, and mental anguish

3. i; a man; craig; loss of income

4. monetary damages relating to prosecutors unjust incarceration

5. declaratory relief that prosecutors god given rights and rights protected by the constitution

6. monetary damages for public humiliation

7. i; a man; craig; past and future pain and suffering

# IN THE JOHNSON COURT; A COURT OF RECORD
# AT SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

8. An order directing Lavaca County and the Caldwell County Sheriff's Office; conduct investigative and disciplinary proceedings against all deputies and sheriffs for their respective roles in violating Defendants constitutional rights as set forth herein. Conduct a review of their existing policies and procedures with regard to the use of force in connection with arrest made by Lavaca county sheriff's office and Hallettsville police department, and policies and procedures with regard to the use of a physical restraint chair made by Lavaca county sheriff's office.

9. an order directing Hallettsville police department to conduct an investigation and disciplinary proceedings against all officers for the respective roles violating an aggrieved man; natural god given birthrights and violating the aggrieved man; constitutional right.

10. Court cost

11. Pre and post judgement interest;

13. Any other and further relief i; a man; craig may be entitled to

14. Bond money reimbursement plus interest

15. an order to dismiss and expunge anything that has to do with i; a man; craig; and my person and order to be taken out of the Lavaca county sheriff's office system.

16. i; a man; craig; require order of a full payment of any sum awarded by the jury after the judgement within 30 days of being filed with the court clerk and order to execute this judgement.

Herein let it be known if there be any man or woman who wishes to make a claim against said above let them come forth and now and with verifiable claim

X _____  1-12-17
aggrieved man/Prosecutor

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Prosecutor

Craig Johnson

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

**DEFENDANTS** Wrongdoers ( Lavaca County, Lavaca County Sheriff's office, hallettsville, tx city, tim pawlik, micah harman jimmy hewman, daniel peters jr, becky perez, eddie vacarro, roderick johnson, marley ivy, william d. old iii

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | Injury Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 u.s.c. 1983
Brief description of cause: unlawful detention
Excessive force, excessive bail, unlawful arrest and prosecution of fabricated charges, unlawful search of property

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 10,500,000 Trial by

CHECK YES only if demanded in complaint: claim
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 6:17-cv-00003   Document 1   Filed in TXSD on 01/17/17   Page 21 of 21

# PRIORITY
## ★ MAIL ★

**UNITED STATES POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Craig Johnson
19275 Stone Oak Pkwy Apt. 413
San Antonio, Tx 78258

United States Courts
Southern District of Texas
**FILED**
JAN - 17 2017
David J. Bradley
Clerk of Court

**TO:**
David J Bradley
P.O. Box 1658
Victoria, Tx 77602

FROM:

---

**P**

## US POSTAGE PAID
## $6.45

Origin: 78109
Destination: 77802
0 Lb 13.60 Oz
Jan 12, 17
4819800109-15

1004

PRIORITY MAIL ®2-Day

Expected Delivery Day: 01/14/2017        B006

**USPS TRACKING NUMBER**

9505 5160 2479 7012 0746 22

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14 © U.S. Postal Service; July 2013; All rights reserved.

