UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| CRAIG JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 6:17-CV-03 |
| | § | |
| LAVACA COUNTY, TEXAS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Plaintiff, Craig Johnson, has filed a motion to withdraw his application to proceed in forma pauperis. Dkt. 2, 7. That motion is **GRANTED,** and the application is hereby **DENIED as moot**.

A review of the docket sheet, however, shows that service may not have been effected upon the named Defendants in this case. Accordingly, it is hereby **ORDERED** that on or before **July 17, 2017**, Plaintiff shall serve all interested parties in this case with a copy of the Complaint and Summons in this case in accordance with Rule 4 of the Federal Rules of Civil Procedure.

It is further **ORDERED** that on or before **July 31, 2017**, Plaintiff shall file with the Court proof that valid service of process has been effectuated in this matter.

**Failure to timely complete service and file proof of such service may result in dismissal of this case for want of prosecution without further notice from the Court. See FED. R. CIV. P. 4(m).**

SIGNED at Galveston, Texas, this 15th day of June, 2017.

_____
George C. Hanks Jr.
United States District Judge