United States District Court
Southern District of Texas
**ENTERED**
August 02, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| CRAIG JOHNSON, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 6:17-CV-003 |
| § | |
| LAVACA COUNTY, TEXAS, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

Although the Court issued an Order on July 12, 2017, warning that failure to pay the required filing fees could result in the dismissal of his claims, Plaintiff has failed to pay the fees in this case. *See* Dkt. 9.

Accordingly, this case is **DISMISSED, without prejudice,** for want of prosecution.

SIGNED at Galveston, Texas, this 2nd day of August, 2017.

_____
George C. Hanks Jr.
United States District Judge

1 / 1